MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiffs

RECEIVED
AND FILED

Oct 4  11 18 AM '01

LANCE _____
CLERK

BY _____ 9ul _____
DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOSE A. SAUCEDO and MARIA L. )
SAUCEDO, husband and wife, )
                             )
        Plaintiffs,          )        CV-S-01-1154-PMP-LRL
                             )
vs.                          )
                             )
HOUSEHOLD BANK, FSB, and     )
HOUSEHOLD FINANCE CORPORATION,)
foreign entities,            )
                             )
        Defendants.          )
_____)        SIX PERSON JURY DEMANDED

### COMPLAINT

### JURISDICTION

1.    The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.   Venue lies in the Judicial District of Nevada as Plaintiffs' claims arose from acts of the Defendants perpetrated therein.

### PRELIMINARY STATEMENT

2.    The Plaintiffs bring this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq*. (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

LAW OFFICES
Mitchell D. Gliner
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

3. Plaintiffs are natural persons and residents and citizens of the State of Nevada and of the United States. Plaintiffs are "consumers" as defined by § 1681a(c) of the FCRA.

4. Defendants Household Bank, FSB, and Household Finance Corporation (collectively referred to as "Household"), are furnishers of information as contemplated by FCRA § 1681s-2(b) who regularly and in the ordinary course of business furnish information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiffs' creditworthiness have been repeatedly compromised by the acts, obduracy and general indifference of the Defendants.

6. In July, 1998, the Plaintiffs suffered severe financial hardship and filed bankruptcy.

7. On October 23, 1998, the Plaintiffs' three (3) Household Accounts were included in their bankruptcy discharge (Exhibit 1).

8. Household failed to correctly report Plaintiffs' credit information to the national credit bureaus notwithstanding the inclusion of the accounts in bankruptcy.

9. For the past 3 years, the Plaintiffs have repeatedly disputed the accuracy of their Household Accounts with both Household and the national credit reporting agencies.

. . .

. . .

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

10.   Household still fails to adequately report the Plaintiffs' credit information despite numerous disputes respectively conveyed to Household by both the Plaintiffs and the national credit reporting agencies.

11.   Jose Saucedo's Equifax Report (Exhibit 2) reflects a delinquent Household Account completely unknown to him (pg. 1).

12.   Jose Saucedo's Trans Union Report (Exhibit 3) reflects an unknown Household Account (pg. 3) and a "delinquent" account (pg. 4), which was included in the bankruptcy discharge (Exhibit 1).

13.   Maria Saucedo's Equifax Report (Exhibit 4) reflects an unknown Household Account (pg. 1) and a "delinquent" account (pg. 2), which was included in the bankruptcy discharge.

14.   Maria Saucedo's Trans Union Report (Exhibit 5) reflects an unknown Household Account (pg. 4) and a "delinquent" account (pg. 5), which was included in the bankruptcy discharge (Exhibit 1).

15.   Plaintiffs have incurred increased financing costs due to Household's misreporting.


STATEMENT OF CLAIM AS AGAINST DEFENDANTS

16.   In the entire course of their action, Defendants willfully and/or negligently violated the provisions of the FCRA in the following respects:

a.   By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

. . .

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

PRAYER FOR RELIEF

THEREFORE, Plaintiffs pray that the court grant the following relief as against Defendants:

a)    actual damages;

b)    punitive damages;

c)    attorney's fees; and

d)    costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiffs

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

4

**EXHIBITS**

**United States Bankruptcy Court**
300 LAS VEGAS BLVD SOUTH
LAS VEGAS, NV 89101
**District of Nevada**

RECEIVED
AND FILED

Oct 23   8 25 AM '98

Case Number: 98 - 25795 rcj

BAN           COURT
BAN

JOSE A. SAUCEDO
2412 HONEYBEE MEADOW WAY
LAS VEGAS , NV    89134

IN RE(NAME OF DEBTOR)

    JOSE A. SAUCEDO   . 568-17 0523

    MARIA LUISA SAUDEDO   . 530-72 3626

## DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under title 11, United States code, was filed by or against the person named above on 07/02/98, and that an order for relief was entered under chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court (or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained);

IT IS ORDERED THAT:

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. sec. 523;

    (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4) and (6) of 11 U.S.C. sec. 523(a);

    (c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

    Date:    10/23/98

                ROBERT C. JONES
                UNITED STATES BANKRUPTCY JUDGE

                BY:

                                      Deputy Clerk

    Certificate of Mailing:  Copy of this Notice was mailed to
Debtor/s, Dbtr Aty. & Trustee.

On:   **OCT 2 3** 1998

             Deputy Clerk

                  **EXHIBIT 1**

In re: SAUCEDO, JOSE, A. ,                              Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 680097081061254<br><br>Household Bank<br>Dept. 01<br>Anaheim, CA 92850 | | C | 1993-98 revolving personal credit line | | U | | 8,588.62 |
| ACCOUNT NO. 680097081061254<br><br>Household Bank<br>PO Box 749<br>Elmhurst, IL 60126 | | C | Notice to additional address for Household Bank - see claim and amount under Anaheim, CA address | | U | | 0.00 |
| ACCOUNT NO. 5432355800133642<br><br>Household Credit Services Inc.<br>PO Box 7029<br>Anaheim, CA 92850 | | C | 1986-98 revolving charge account | | U | | 7,812.83 |
| ACCOUNT NO. 66951302343<br><br>JC Penney<br>4580 Paradise Blvd. NW<br>Albuquerque, NM 87201 | | C | 1997-98 revolving charge account | | U | | 477.17 |
| ACCOUNT NO. 44526787789<br><br>Macys<br>1345 S. 52nd St.<br>Tempe, AZ 85281 | | C | 1997 revolving charge account | | U | | 1,139.81 |
| ACCOUNT NO. 79311687<br><br>Robinsons May<br>PO Box 52098<br>Phoenix, AZ 85072 | | C | 1996 revolving charge account | | U | | 485.94 |
| ACCOUNT NO. 0887090891441<br><br>Sears<br>PO Box 555<br>Columbus, OH 43216 | | C | 1997-98 revolving charge account | | U | | 5,370.68 |

|  |  |
|---|---|
| Subtotal | $ 23,875.05 |
| Total | $ |

____X____ continuation sheets attached.     (Use only on last page of completed Schedule F.)

Please address all future
correspondence to this address ►

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)575-3290

JOSE A SAUCEDO
2412 HONEYBEE MEADOW WAY
LAS VEGAS NV 89134

DATE 07/05/01
SOCIAL SECURITY NUMBER 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
AGE 45

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| SEARS CLOSED ACCOUNT CHARGE | 887090891441 | A | 03/83 | | 05/98 | INCLUDED IN BANKRUPTCY | | | | | 06/01 |
| SEARS CLOSED ACCOUNT CHARGE | 50119366511 | A | 03/98 | | 06/98 | INCLUDED IN BANKRUPTCY | | | | | 06/01 |
| SUN COUNTRY FCU | 82060002 | J | 11/96 | 53 | 05/01 | 16K | 327 | 1839 | | R1 | 05/01 |
| DILLARD CHARGED OFF ACCOUNT CREDIT CARD | 757500071166873100 | A | 02/95 | | 05/98 | | | 0 | | R9 | 06/01 |
| FIRST PREMIER ACCOUNT CLOSED AT CONSUMERS REQUEST PAID ACCOUNT/ZERO BALANCE | 543362870025050 | U | 03/00 | 13 | 05/00 | 500 | | 0 | | R1 | 04/01 |
| FIRST PREMIER ACCOUNT CLOSED AT CONSUMERS REQUEST PAID ACCOUNT/ZERO BALANCE | 461007800570907 | U | 03/00 | 13 | 04/00 | 500 | | 0 | | R1 | 04/01 |
| GOTTSCHALKS'S DEPART AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 700619046 | S | 09/90 | 99 | 02/98 | 1200 | | 0 | | R1 | 09/00 |
| DISCOVER FINANCIAL S PAID ACCOUNT/ZERO BALANCE ACCOUNT CLOSED BY CONSUMER | 601100030952618 | J | 12/93 | 73 | 12/96 | 4600 | | 0 | | R1 | 01/00 |
| FORD MOTOR COMPANY LEASE AUTO | NGN3215PW4 | J | 07/98 | 04 | 11/99 | 32K | 411 | | | I1 | 11/99 |
| SUN COUNTRY FCU PAID ACCOUNT/ZERO BALANCE | 82060001 | J | 10/96 | 32 | 11/97 | 17K | 209 | 0 | | I1 | 06/99 |
| RNB-MERVYNS CHARGE | 67590289871 | J | 11/84 | 24 | 01/98 | 959 | | 0 | | R1 | 06/99 |
| JC PENNEY / MONOGRAM CHARGE | 81-669513023420 | J | 03/85 | | 05/98 | INCLUDED IN BANKRUPTCY | | | | | 03/99 |
| HOUSEHOLD FINANCE CO >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(04)11/98-R5,10/98-R5,09/98-R5 <<< PAID ACCOUNT/ZERO BALANCE CLOSED ACCOUNT | 820297-08143953 | J | 06/94 | 04 | 03/98 | 0 | 178 | 0 | | R5 | 12/98 |
| MACY'S WEST/FDSB CHARGE AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4452678778920 | J | 04/84 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 11/98 |
| HOUSEHOLD CREDIT SER CREDIT CARD | 543235580013364 | J | 11/87 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 09/98 |
| CAPITAL ONE ACCOUNT CLOSED BY CONSUMER CREDIT CARD | 4388641354663861 | S | 02/96 | | 08/98 | INCLUDED IN BANKRUPTCY | | | | | 09/98 |
| WASHINGTON MUTUAL HO REAL ESTATE MORTGAGE | 215916044 | J | 12/97 | | 07/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| FIRST USA BANK CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4417128059001931 | I | 10/95 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| FIRST USA BANK CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5417122502115759 | I | 10/95 | | 01/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| GECCCC/-SONY CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5298026903134612 | J | 12/97 | | 07/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| FLEET CC PAID ACCOUNT/ZERO BALANCE CLOSED ACCOUNT | 4071296884153925 | J | 12/93 | 51 | 11/96 | 6000 | | 0 | | R1 | 03/98 |
| WELLS FARGO HOME MOR PAID ACCOUNT/ZERO BALANCE REAL ESTATE MORTGAGE | 4721977327 | J | 04/94 | 19 | 11/97 | 133K | 957 | 0 | | I1 | 12/97 |

SWO

PAGE 1 OF 2

FORM EISC32

EXHIBIT 2

Pleas~ ~dress all future
corres,  ~dence to this address ▼

EQUIFAX CREDIT INFORMA~ SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)576-3290

JOSE A SAUCEDO
2412 HONEYBEE MEADOW WAY
LAS VEGAS NV 89134

DATE  07/05/01
SOCIAL SECURITY NUMBER 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

# CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GECCCC  CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5480479994425498 | J | 05/92 | 63 | 10/94 | 1400 | | 0 | | R1 | 10/97 |
| HOUSEHOLD BANK NA IL  CHARGE | 414091-5206591152 | S | 10/94 | 36 | 10/94 | 0 | | 0 | | R1 | 11/97 |
| GOTTSCHALKS'S DEPART  PAID ACCOUNT/ZERO BALANCE  CHARGE | 5360408304 | S | 09/90 | 79 | 01/94 | 533 | | 0 | | R1 | 05/97 |
| CAPITAL ONE  CREDIT CARD | 4121741354663861 | J | 02/96 | 11 | 12/96 | 5228 | | 0 | | R1 | 02/97 |
| WELLS FARGO  ACCOUNT CLOSED BY CONSUMER  CREDIT CARD | 4310560406001743 | J | 12/87 | 96 | 03/94 | 3500 | | 0 | | R1 | 04/96 |
| HOUSEHOLD FINANCE CO  PAID ACCOUNT/ZERO BALANCE  CHARGE | 838-35487049 | J | 12/92 | 36 | 12/95 | | | 0 | | R1 | 01/96 |
| TOYOTA MOTOR CREDIT  CLOSED ACCOUNT  AUTO | 2-0040509 | M | 04/91 | 23 | 03/93 | 11K | 180 | 0 | | I1 | 03/93 |
| HOMESIDE LENDING INC  CLOSED ACCOUNT | 457733 | J | 01/90 | 35 | 12/92 | 135K | 30Y | 0 | | I1 | 01/93 |
| MACY'S WEST/FDSB  CHARGE  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | -060353001220 | J | 04/84 | 04 | 05/96 | 3500 | | 0 | | R1 | 05/96 |
| WELLS FARGO AUTO FIN  PAID ACCOUNT/ZERO BALANCE  AUTO | 1274613307374001 | J | 09/86 | | 11/96 | 16K | 343 | 0 | | IO | 11/96 |
| BANK OF AMERICA  ACCOUNT TRANSFERRED OR SOLD | 680097-08106125 | J | 06/94 | | 01/97 | 0 | 180 | 0 | | R | 03/97 |

********** PUBLIC RECORDS OR OTHER INFORMATION **********

>>> BANKRUPTCY FILED 07/98; US DISTRIC BANKRUPTC; CASE OR OTHER ID NUMBER-9825795-DSP-10/98
PERSONAL; JOINT; DISCHARGED CH-7

********** ADDITIONAL INFORMATION **********

FORMER/OTHER ADDRESS 2412 HONEYBEE M, LAS VEGAS, NV, 89134

FORMER/OTHER ADDRESS 2529 W AVENUE K4, LANCASTER, CA, 93536

LAST REPORTED EMPL - ELECTRICIAN, ACME ELECTRIC

FORMER EMPLOYMENT - KIEWIT WESTERN

FORMER EMPLOYMENT - REWIT

********** COMPANIES THAT REQUESTED YOUR CREDIT HISTORY **********

07/05/01 EQUIFAX - DISCLOSURE          06/14/01 PRM CB&T
05/25/01 PRM CAPITAL ONE               02/01/01 PRM AT&T WIRELESS SERVIC
12/01/00 FACTUAL   /2901 EQUITY ONE
11/16/00 AR HOUSEHOLD BANK             10/23/00 PRM AT&T WIRELESS
10/13/00 AR HOUSEHOLD BANK             09/11/00 AR HOUSEHOLD FINANCE CO
08/23/00 PRM EVERGREEN ACCEPTANCE      08/15/00 AR HOUSEHOLD FINANCE CO
08/11/00 FAR WEST   /FIRST UNITED MORTGAGE
08/07/00 PRM HOMEQ SERVICING CORP      07/17/00 PRM BANK
07/27/99 FORD MOTOR CREDIT CO          07/27/99 FRIENDLY FORD PEUGEO
07/26/99 DESERT LINCOLN MERCU

SWO-RESTART 00000

COMPLETE PAGE 2 OF 2
****************************************************************

FORM EISC32

```
MERCHANTS ASSOCIATION CREDIT BURE     PAGE   1 OF   8
134 S. TAMPA, P.O.BOX 3307            DATE THIS REPORT PRINTED: 07/06/2001
TAMPA, FL. 33601
813-273-7855                          SOCIAL SECURITY NUMBER: 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
                                      BIRTH DATE:          11/1955
                                      YOU HAVE BEEN IN OUR FILES SINCE: 09/1981
                                      PHONE:      243-6154
```

CONSUMER REPORT FOR:

    SAUCEDO, JOSE  AURELIO
    105 LIVE OAKS GARDENS,
    CASSELBERRY FL. 32707

FORMER ADDRESSES REPORTED:

    2412 HONEY BEE MEADOW WY., LAS VEGAS NV. 89134
    2529 W AV., #4. LANCASTER CA. 93536

YOUR CREDIT INFORMATION

---

THE FOLLOWING ITEMS OBTAINED FROM PUBLIC RECORDS APPEAR ON YOUR REPORT. YOU MAY BE REQUIRED TO EXPLAIN PUBLIC RECORD ITEMS TO POTENTIAL CREDITORS. ANY BANKRUPTCY INFORMATION WILL REMAIN ON YOUR REPORT FOR 10 YEARS FROM THE DATE OF FILING. UNPAID TAX LIENS ARE REPORTED INDEFINITELY. ALL OTHER PUBLIC RECORD INFORMATION, INCLUDING DISCHARGED CHAPTER 13 BANKRUPTCY AND ANY ACCOUNTS CONTAINING ADVERSE INFORMATION, REMAIN FOR UP TO 7 YEARS.

```
DOCKET  9825795      FEDERAL DISTRICT    CHAPTER 7 BANKRUPTCY DISCHARGED
                                   ASSETS:        $0  ENTERED:    07/1998
                                                      PAID:      10/1998
                                                      LIABS:          $0
```

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT# MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
  DC4456015
  DILLARD                # 757500071166873100REVOLVING ACCOUNT
 >CHAPTER 7 BANKRUPTCY<                       CREDIT CARD
  UPDATED   06/2001                           AUTHORIZED ACCOUNT
  OPENED    02/1995    MOST OWED:      $0  CREDIT LIMIT:      $3000
  CLOSED    05/1998
  STATUS AS OF 05/1998: UNRATED
```

EXHIBIT 3

REPORT ON: SAUCEDO, JOSE AURELIO     PAGE   2 OF   8
SOCIAL SECURITY NUMBER: 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

ADVERSE ACCOUNTS, CONT.

```
BC235166J
HB FSB                      # 68029708100159    REVOLVING ACCOUNT
>CHAPTER 7 BANKRUPTCY<
  VERIF'D  02/2001                              JOINT ACCOUNT
  OPENED   06/1994  MOST OWED:      $9000       CREDIT LIMIT:          $0
  CLOSED   07/1998
  STATUS AS OF 07/1998: UNRATED


BC9992189
GECS/SNY CC                 # 5298026903134612  REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                        CREDIT CARD
  VERIF'D  01/2001                              JOINT ACCOUNT
  OPENED   12/1997  MOST OWED:      $3396       CREDIT LIMIT:      $5000
  CLOSED   07/1998
  STATUS AS OF 07/1998: UNRATED


DC729D009
MACYW/GECCCC                # 4452678778920     REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                        CHARGE ACCOUNT
  VERIF'D  12/2000  BALANCE:         $0         PARTICIPANT ON ACCOUNT
  OPENED   04/1984  MOST OWED:      $1180       CREDIT LIMIT:      $1100
  CLOSED   03/1998
  STATUS AS OF 03/1998: UNRATED


DC6256445
SEARS                       # 887090891441      REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                        CHARGE ACCOUNT
  VERIF'D  12/2000  BALANCE:         $0         AUTHORIZED ACCOUNT
  OPENED   03/1983  MOST OWED:      $6095       CREDIT LIMIT:     $5300
  CLOSED   05/1998
  STATUS AS OF 05/1998: UNRATED


BC1DTV001
CAPITAL 1 BK                # 4388641354663861  REVOLVING ACCOUNT
>BKRPT/ACCT CLOSED BY CONSUMR<                  CREDIT CARD
  VERIF'D  12/2000  BALANCE:         $0         PARTICIPANT ON ACCOUNT
  OPENED   02/1996  MOST OWED:      $4843
  CLOSED   08/1997
  STATUS AS OF 08/1997: UNRATED


BM2292001
FLEET MTG                   # 215916044         MORTGAGE ACCOUNT
>INCLUDED IN BANKRUPTCY<                        CONVENTIONAL REAL ESTATE MTG
  VERIF'D  12/2000                              JOINT ACCOUNT
  OPENED   12/1997  MOST OWED:    $150900       PAY TERMS: 360 MONTHLY $1029
  CLOSED   07/1998                              FANNIE MAE  # 1666723058
  STATUS AS OF 07/1998: UNRATED
```

REPORT ON: SAUCEDO, JOSE AURELIO     PAGE  3 OF   8
SOCIAL SECURITY NUMBER: 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

ADVERSE ACCOUNTS, CONT.

```
DC6256453
SEARS                    # 50119366511        REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CHARGE ACCOUNT
  VERIF'D  12/2000   BALANCE:        $0        AUTHORIZED ACCOUNT
  OPENED   03/1998   MOST OWED:     $604      ·CREDIT LIMIT:        $800
  CLOSED   06/1998
  STATUS AS OF 06/1998: UNRATED


DC1972113
JCP--MCCBG               # 6695130234020       REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CHARGE ACCOUNT
  VERIF'D  09/2000   BALANCE:        $0        JOINT ACCOUNT
  OPENED   03/1985   MOST OWED:      $0
  CLOSED   07/1998
  STATUS AS OF 07/1998: UNRATED


BO7519015
FST USA BK B             # 5417122502115759    REVOLVING ACCOUNT
>BKRPT/ACCT CLOSED BY CONSUMR<                 CREDIT CARD
  VERIF'D  08/2000   BALANCE:        $0        INDIVIDUAL ACCOUNT
  OPENED   10/1995   MOST OWED:    $9686       CREDIT LIMIT:       $9600
  CLOSED   01/1998
  STATUS AS OF 01/1998: UNRATED


BC235166J
HB FSB                   # 82029708143953      REVOLVING ACCOUNT
CLOSED
  UPDATED  01/1999   BALANCE:        $0        JOINT ACCOUNT
  OPENED   06/1994   MOST OWED:      $0        CREDIT LIMIT:        $0
  CLOSED   01/1999
  >STATUS AS OF 01/1999: 120 DAYS PAST DUE<
  >IN PRIOR 06 MONTHS FROM DATE CLOSED 3 TIMES 90 OR MORE DAYS LATE<
  >  MAXIMUM DELINQUENCY OF 90+ DAYS OCCURRED IN 08/1998<


BO7519092
FST USA BANK             # 4417128059001931    REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CREDIT CARD
  VERIF'D  11/1998   BALANCE:        $0        INDIVIDUAL ACCOUNT
  OPENED   10/1995
  CLOSED   05/1998
  STATUS AS OF 05/1998: UNRATED


BC7991187
HH BANK                  # 5432355800133642    REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CREDIT CARD
  VERIF'D  10/1998   BALANCE:        $0        JOINT ACCOUNT
  OPENED   11/1987   MOST OWED:    $8322
  CLOSED   07/1998
  STATUS AS OF 07/1998: UNRATED
```

REPORT ON: SAUCEDO, JOSE AURELIO     PAGE   4 OF   8
SOCIAL SECURITY NUMBER: 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

```
  BC235166J
  HB FSB                     # 68009708106125     REVOLVING ACCOUNT
  CLOSED
   UPDATED  08/1998   BALANCE:          $0     JOINT ACCOUNT
   OPENED   06/1994   MOST OWED:        $0     CREDIT LIMIT:         $0
   CLOSED   05/1998
  >STATUS AS OF 05/1998: 60 DAYS PAST DUE<
   IN PRIOR 14 MONTHS
   >  MAXIMUM DELINQUENCY OF 60 DAYS OCCURRED IN 05/1998<
```

*Included In. Bi* (handwritten annotation)

```
  BC235166J
  HB FSB                     # 7763070027037063  REVOLVING ACCOUNT
                                                 CHARGE ACCOUNT
   UPDATED  03/1997                              JOINT ACCOUNT
   OPENED   06/1994   MOST OWED:      $6135     CREDIT LIMIT:         $0
   STATUS AS OF 03/1997: PAID OR PAYING AS AGREED
  >IN PRIOR 30 MONTHS FROM DATE VERIF'D 1 TIME 30 DAYS LATE<
```

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
  QZ3796674
  FRD MOTOR CR               # NGN3215PW4        INSTALLMENT ACCOUNT
                                                 AUTO LEASE
   UPDATED  05/2001   BALANCE:      $22735     JOINT ACCOUNT
   OPENED   07/1999   MOST OWED:    $32209     PAY TERMS: 24 MONTHLY $411
   STATUS AS OF 05/2001: PAID OR PAYING AS AGREED
   IN PRIOR 23 MONTHS FROM DATE VERIF'D NEVER LATE
```

```
  QU14YY001
  SUN CNTRY CU               # 82060002         REVOLVING ACCOUNT
   UPDATED  03/2001   BALANCE:       $2767     JOINT ACCOUNT
   OPENED   11/1996   MOST OWED:    $15910     PAY TERMS: MINIMUM $327
   STATUS AS OF 03/2001: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE
```

```
  BZ41PF001
  FST PREMIER                # 4610078005709076  REVOLVING ACCOUNT
  ACCOUNT CLOSED BY CONSUMER                     CREDIT CARD
   UPDATED  01/2001   BALANCE:          $0     AUTHORIZED ACCOUNT
   OPENED   03/2000   MOST OWED:      $195     CREDIT LIMIT:       $500
   CLOSED   03/2000
   STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
   IN PRIOR 23 MONTHS FROM DATE CLOSED NEVER LATE
```

Please address all future
correspondence to this address ▶

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)576-3280

MARIA L SAUCEDO
2412 HONEYBEE MEADOW WAY
LAS VEGAS NV 89134

DATE 07/05/01
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 08/09/61

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Month Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEARS CLOSED ACCOUNT CHARGE | 887090891441 | I | 03/83 | | 05/98 | INCLUDED IN BANKRUPTCY | | | | | 06/01 |
| PROVIDIAN FINANCIAL CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5542850900628266 | I | 06/00 | 12 | 06/01 | 3500 | 56 | 1874 | | R1 | 06/01 |
| SEARS CLOSED ACCOUNT CHARGE | 50119366511 | I | 03/98 | | 06/98 | INCLUDED IN BANKRUPTCY | | | | | 06/01 |
| PROVIDIAN BANCORP CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4465692100563422 | I | 06/99 | 24 | 06/01 | 5600 | 123 | 4927 | | R1 | 06/01 |
| SUN COUNTRY FCU | 82060002 | J | 11/96 | 07 | 05/01 | 16K | 327 | 1839 | | R1 | 05/01 |
| DILLARD BANKRUPTCY CHAPTER 7 CREDIT CARD | 757500071166873100 | I | 02/95 | | 05/98 | INCLUDED IN BANKRUPTCY | | | | | 06/01 |
| ROBINSONS-MAY BANKRUPTCY CHAPTER 7 CHARGE | 79311687 | I | 02/95 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 05/01 |
| FIRST PREMIER ACCOUNT CLOSED AT CONSUMERS REQUEST PAID ACCOUNT/ZERO BALANCE | 543362870025050 3 | I | 03/00 | 13 | 05/00 | 500 | | 0 | | R1 | 04/01 |
| FIRST PREMIER ACCOUNT CLOSED AT CONSUMERS REQUEST PAID ACCOUNT/ZERO BALANCE | 4610078005700076 | I | 03/00 | 13 | 04/00 | 500 | | 0 | | R1 | 04/01 |
| GOTTSCHALKS'S DEPART AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 700619046 | S | 09/90 | 99 | 02/96 | 1200 | | 0 | | R1 | 09/00 |
| FASHION BUG CHARGE | 6004660086911280 | I | 01/95 | 63 | 05/00 | 100 | | 0 | | R1 | 05/00 |
| DISCOVER FINANCIAL S PAID ACCOUNT/ZERO BALANCE ACCOUNT CLOSED BY CONSUMER | 601100030952618 8 | J | 12/93 | 49 | 12/96 | 4600 | | 0 | | R | 01/00 |
| FORD MOTOR COMPANY LEASE AUTO | NGN3215PW4 | J | 07/99 | 04 | 11/99 | 32K | 411 | | | I1 | 11/99 |
| RNB-MERVYNS CHARGE | 67530289871 | J | 11/84 | 24 | 01/98 | 959 | | 0 | | R1 | 06/99 |
| JC PENNEY / MONOGRAM CHARGE | 81-669513023420 | J | 03/85 | | 05/98 | INCLUDED IN BANKRUPTCY | | | | | 03/99 |
| HOUSEHOLD FINANCE CO >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(04)11/98-R5,10/98-R5,09/98-R5 <<< PAID ACCOUNT/ZERO BALANCE CLOSED ACCOUNT | 820297-08143953 | S | 06/94 | 04 | 03/98 | 0 | 178 | 0 | | R5 | 12/98 |
| MACY'S WEST/FDSB CHARGE AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4452678778920 | J | 04/84 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 11/98 |
| HOUSEHOLD CREDIT SER CREDIT CARD | 5432355800133642 | J | 11/87 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 09/98 |
| CAPITAL ONE ACCOUNT CLOSED BY CONSUMER CREDIT CARD | 4288541254603891 | S | 02/96 | | 09/98 | INCLUDED IN BANKRUPTCY | | | | | 09/98 |
| FCNB PREFERRED CHARG CHARGE AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 307520858 | I | 01/89 | 99 | 06/98 | 0 | 55 | 0 | | R1 | 08/98 |
| WASHINGTON MUTUAL HO REAL ESTATE MORTGAGE | 215916044 | J | 12/97 | | 07/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| FIRST USA BANK CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 4417128059001931 | A | 10/95 | | 03/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |

SWD

PAGE 1 OF 3

FORM EISC93

EXHIBIT 4

*Please ess all future correspondence to this address* ▶

EQUIFAX CREDIT INFORMATI   RVICES
P O BOX 740256
ATLANTA, GA 30374

(800)576-3290

MARIA L SAUCEDO
2412 HONEYBEE MEADOW WAY
LAS VEGAS NV 89134

DATE 07/05/01
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST USA BANK<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5417122502115759 | A | 10/95 | | 01/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| HOUSEHOLD BANK,FSB<br>>>> PRIOR PAYING HISTORY - 30(02)60(01)90+(01)07/98-R4,06/98-R3,05/98-R2 <<<<br>PAID ACCOUNT/ZERO BALANCE<br>CLOSED ACCOUNT | 680097-08106125 | S | 06/94 | 39 | 03/98 | 0 | 178 | 0 | | R4 | 08/98 |
| GECCCC/-SONY<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5298026903134612 | J | 12/97 | | 07/98 | INCLUDED IN BANKRUPTCY | | | | | 07/98 |
| FLEET CC<br>PAID ACCOUNT/ZERO BALANCE<br>CLOSED ACCOUNT | 4071296884153925 | J | 12/93 | 51 | 11/96 | 6000 | | 0 | | R1 | 03/98 |
| AT&T WIRELESS SERVIC<br>PAID ACCOUNT/ZERO BALANCE | 2110000002349181 | I | 10/96 | 12 | 09/97 | 0 | | 0 | | 01 | 11/97 |
| WELLS FARGO HOME MOR<br>PAID ACCOUNT/ZERO BALANCE<br>REAL ESTATE MORTGAGE | 4721977327 | J | 04/94 | 19 | 11/97 | 133K | 957 | 0 | | I1 | 12/97 |
| HOUSEHOLD BANK NA IL<br>CHARGE | 414091-5206591152 | J | 10/94 | 36 | 10/94 | 0 | | 0 | | R1 | 11/97 |
| GECCCC<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5480479994425498 | J | 05/92 | 62 | 10/94 | 1400 | | 0 | | R1 | 10/97 |
| BANK OF AMERICA<br>ACCOUNT TRANSFERRED OR SOLD | 680097-08106125 | S | 06/94 | | 01/97 | 0 | 180 | 0 | | R | 03/97 |
| GOTTSCHALKS'S DEPART<br>PAID ACCOUNT/ZERO BALANCE<br>CHARGE | 5360408304 | S | 09/90 | 79 | 01/94 | 533 | | 0 | | R1 | 05/97 |
| WELLS FARGO<br>ACCOUNT CLOSED BY CONSUMER<br>CREDIT CARD | 4310560406001743 | J | 12/87 | 96 | 03/94 | 3500 | | 0 | | R1 | 04/96 |
| HOUSEHOLD FINANCE CO<br>CHARGE | 838-35487049 | J | 12/92 | 26 | 03/95 | | | 0 | | R1 | 03/95 |
| HOMESIDE LENDING INC<br>CLOSED ACCOUNT | 457733 | J | 01/90 | 35 | 12/92 | 135K | 30Y | 0 | | I1 | 01/93 |
| CAPITAL ONE<br>CREDIT CARD | 4121741354663861 | J | 02/96 | 11 | 12/96 | 5228 | | 0 | | R1 | 02/97 |
| WELLS FARGO AUTO FIN<br>PAID ACCOUNT/ZERO BALANCE<br>AUTO | 1274613307374001 | J | 09/96 | | 11/96 | 16K | 343 | 0 | | IO | 11/96 |

********** PUBLIC RECORDS OR OTHER INFORMATION **********

>>> BANKRUPTCY FILED 07/98; US DISTRIC BANKRUPTC; CASE OR OTHER ID NUMBER-9825795-DSP-10/98
PERSONAL; JOINT; DISCHARGED CH-7

********** ADDITIONAL INFORMATION **********

FORMER/OTHER ADDRESS 2529 W AVENUE K4, LANCASTER, CA, 93536

LAST REPORTED EMPL - CIRCUS CIRCUS

FORMER EMPLOYMENT - EL CORTEZ

FORMER EMPLOYMENT - HOUSEWIFE

********** COMPANIES THAT REQUESTED YOUR CREDIT HISTORY **********

07/05/01 EQUIFAX - DISCLOSURE
05/24/01 PRM FCNB-NEWPORT NEWS
04/25/01 PRM CAPITAL ONE
04/05/01 PRM MAPLE STREET MERCHAN
03/13/01 AR HOUSEHOLD RETAIL SER
02/21/01 PRM FCNB-NEWPORT NEWS
02/08/01 PRM FCNB-NEWPORT NEWS
12/13/00 AR WELLS FARGO BANK NV

06/09/01 PRM FCNB-NEWPORT NEWS
05/17/01 AR HOUSEHOLD RETAIL SER
04/12/01 PRM FCNB-NEWPORT NEWS
03/21/01 AR FINGERHUT NATIONAL B
02/23/01 PRM AT&T WIRELESS
02/12/01 AR HOUSEHOLD RETAIL SER
02/07/01 AR WELLS FARGO BANK NV
12/03/00 PRM AT&T WIRELESS

SWO

FORM EISC32

*Please* *address all future*
*corres     lence to this address*

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)576-3290

MARIA L SAUCEDO
2412 HONEYBEE MEADOW WAY
LAS VEGAS NV 89134

DATE  07/05/01
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Where Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| 12/01/00 FACTUAL    /2901 EQUITY ONE | | | | | | | | | | | |
| 11/28/00 PRM AT&T WIRELESS | | | | | 11/17/00 AR HOUSEHOLD RETAIL SER | | | | | | |
| 10/23/00 PRM CB&T | | | | | 10/18/00 PRM HOUSEHOLD RETAIL SER | | | | | | |
| 09/16/00 AR FINGERHUT NATIONAL B | | | | | 09/12/00 AR HOUSEHOLD BANK | | | | | | |
| 08/16/00 AR HOUSEHOLD RETAIL SER | | | | | | | | | | | |
| 08/11/00 FAN WEST  /FIRST UNITED MORTGAGE | | | | | | | | | | | |
| 07/13/00 AR HOUSEHOLD RETAIL SER | | | | | 07/27/99 FORD MOTOR CREDIT CO | | | | | | |
| 07/26/99 DESERT LINCOLN MERCU | | | | | | | | | | | |

SWO-RESTART 00003

COMPLETE PAGE 3 OF 3

FORM EIBC32

```
MERCHANTS ASSOCIATION CREDIT BURE      PAGE   1 OF  10
134 S. TAMPA, P.O.BOX 3307             DATE THIS REPORT PRINTED: 07/06/2001
TAMPA, FL. 33601
813-273-7855                           SOCIAL SECURITY NUMBER: 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
                                       BIRTH DATE:          08/1961
                                       YOU HAVE BEEN IN OUR FILES SINCE: 09/1982
                                       AKA: CAZARES,MARIA,L
                                       PHONE:    243-6154
```

CONSUMER REPORT FOR:

```
    SAUCEDO, MARIA  LUISA
    105 LIVE OAKS GARDENS,
    CASSELBERRY FL. 32707
```

FORMER ADDRESSES REPORTED:

```
    2413 HONEYBEE MEADOW WY., LAS VEGAS NV. 89134
    2529 W AV., #4. LANCASTER CA. 93536
```

EMPLOYMENT DATA REPORTED:

```
CIRCUS CIRCUS HOTEL
DATE REPORTED: 10/1997
                         YOUR CREDIT INFORMATION
```

THE FOLLOWING ITEMS OBTAINED FROM PUBLIC RECORDS APPEAR ON YOUR REPORT. YOU
MAY BE REQUIRED TO EXPLAIN PUBLIC RECORD ITEMS TO POTENTIAL CREDITORS. ANY
BANKRUPTCY INFORMATION WILL REMAIN ON YOUR REPORT FOR 10 YEARS FROM THE DATE
OF FILING. UNPAID TAX LIENS ARE REPORTED INDEFINITELY. ALL OTHER PUBLIC
RECORD INFORMATION, INCLUDING DISCHARGED CHAPTER 13 BANKRUPTCY AND ANY
ACCOUNTS CONTAINING ADVERSE INFORMATION, REMAIN FOR UP TO 7 YEARS.

```
DOCKET  9825795     FEDERAL DISTRICT     CHAPTER 7 BANKRUPTCY DISCHARGED
                                   ASSETS:      $0   ENTERED:   07/1998
                                                     PAID:      10/1998
                                                     LIABS:         $0
```

EXHIBIT 5

REPORT ON: SAUCEDO, MARIA LUISA     PAGE   2 OF  10
SOCIAL SECURITY NUMBER: 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

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER
TO BE ADVERSE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN
>BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE
NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT# MAY BE SCRAMBLED
BY THE CREDITOR FOR YOUR PROTECTION).

```
BC1DTV001
CAPITAL 1 BK          # 4388641354663861   REVOLVING ACCOUNT
>BKRPT/ACCT CLOSED BY CONSUMR<             CREDIT CARD
  UPDATED  06/2001  BALANCE:        $0     PARTICIPANT ON ACCOUNT
  OPENED   02/1996  MOST OWED:   $4843
  CLOSED   08/1997
  STATUS AS OF 08/1997: UNRATED
  IN PRIOR 18 MONTHS


BM2292001
FLEET MTG             # 215916044          MORTGAGE ACCOUNT
>INCLUDED IN BANKRUPTCY<                   CONVENTIONAL REAL ESTATE MTG
  UPDATED  05/2001  BALANCE:    $144592    JOINT ACCOUNT
  OPENED   12/1997  MOST OWED:  $150900    PAY TERMS: 360 MONTHLY $1029
                                           FANNIE MAE  # 1666723058
  STATUS AS OF 05/2001: PAID OR PAYING AS AGREED
  IN PRIOR 42 MONTHS


DC1626003
ROBINSNS/MAY          # 79311687           REVOLVING ACCOUNT
>CHAPTER 7 BANKRUPTCY<                     CHARGE ACCOUNT
  UPDATED  05/2001  BALANCE:        $0     INDIVIDUAL ACCOUNT
  OPENED   02/1993  MOST OWED:    $821
  CLOSED   07/1998
  STATUS AS OF 07/1998: UNRATED


BC152B021
FCNB-SPIEGEL          # 5452540100325353   REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                   CREDIT CARD
  VERIF'D  01/2001  BALANCE:        $0     INDIVIDUAL ACCOUNT
  OPENED   10/1997  MOST OWED:    $295
  CLOSED   06/1998
  STATUS AS OF 06/1998: UNRATED


DC6256445
SEARS                 # 887090891441       REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                   CHARGE ACCOUNT
  VERIF'D  12/2000  BALANCE:        $0     INDIVIDUAL ACCOUNT
  OPENED   03/1983  MOST OWED:   $6095     CREDIT LIMIT:      $5300
  CLOSED   05/1998
  STATUS AS OF 05/1998: UNRATED
```

File: 82298

REPORT ON: SAUCEDO, MARIA LUISA      PAGE   3 OF  10
SOCIAL SECURITY NUMBER: 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

ADVERSE ACCOUNTS, CONT.

```
  DC729D009
  MACYW/GECCCC              # 4452678778920    REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CHARGE ACCOUNT
  VERIF'D  12/2000   BALANCE:          $0      PARTICIPANT ON ACCOUNT
  OPENED   04/1984   MOST OWED:      $1180     CREDIT LIMIT:      $1100
  CLOSED   03/1998
  STATUS AS OF 03/1998: UNRATED


  BC9992189
  GECS/SNY CC               # 5298026903134612 REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CREDIT CARD
  VERIF'D  12/2000   BALANCE:          $0      JOINT ACCOUNT
  OPENED   12/1997   MOST OWED:      $3396     CREDIT LIMIT:      $5000
  CLOSED   03/1997
  STATUS AS OF 03/1997: UNRATED


  DC6256453
  SEARS                     # 50119366511     REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CHARGE ACCOUNT
  VERIF'D  12/2000   BALANCE:          $0      INDIVIDUAL ACCOUNT
  OPENED   03/1998   MOST OWED:       $604     CREDIT LIMIT:       $800
  CLOSED   06/1998
  STATUS AS OF 06/1998: UNRATED


  DC4456015
  DILLARD                   # 757500071166873100REVOLVING ACCOUNT
>CHAPTER 7 BANKRUPTCY<                         CREDIT CARD
  VERIF'D  11/2000   BALANCE:          $0      INDIVIDUAL ACCOUNT
  OPENED   02/1995   MOST OWED:         $0     CREDIT LIMIT:      $3000
  CLOSED   05/1998
  STATUS AS OF 05/1998: UNRATED


  DC1972113
  JCP--MCCBG                # 6695130234020    REVOLVING ACCOUNT
>INCLUDED IN BANKRUPTCY<                       CHARGE ACCOUNT
  VERIF'D  09/2000   BALANCE:          $0      JOINT ACCOUNT
  OPENED   03/1985   MOST OWED:         $0
  CLOSED   07/1998
  STATUS AS OF 07/1998: UNRATED


  BO7519015
  FST USA BK B              # 5417122502115759 REVOLVING ACCOUNT
>BKRPT/ACCT CLOSED BY CONSUMR<                 CREDIT CARD
  VERIF'D  08/2000   BALANCE:          $0      AUTHORIZED ACCOUNT
  OPENED   10/1995   MOST OWED:      $9686     CREDIT LIMIT:      $9600
  CLOSED   01/1998
  STATUS AS OF 01/1998: UNRATED
```

```
REPORT ON: SAUCEDO, MARIA  LUISA      PAGE   4 OF  10
SOCIAL SECURITY NUMBER: 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


ADVERSE ACCOUNTS, CONT.


  BC881P008
  1ST CONS NTL            # 5452542000492853   REVOLVING ACCOUNT
  >INCLUDED IN BANKRUPTCY<                      CREDIT CARD
   VERIF'D  08/1999   BALANCE:        $0       INDIVIDUAL ACCOUNT
   OPENED   10/1997   MOST OWED:     $282      CREDIT LIMIT:        $300
   CLOSED   07/1998
   STATUS AS OF 07/1998: UNRATED

  BC235166J
  HB FSB                 # 82029708143953     REVOLVING ACCOUNT
  CLOSED
   UPDATED  01/1999   BALANCE:        $0       PARTICIPANT ON ACCOUNT
   OPENED   06/1994   MOST OWED:      $0       CREDIT LIMIT:         $0
   CLOSED   01/1999
   >STATUS AS OF 01/1999: 120 DAYS PAST DUE<
   >IN PRIOR 06 MONTHS FROM DATE CLOSED 3 TIMES 90 OR MORE DAYS LATE<
   >  MAXIMUM DELINQUENCY OF 90+ DAYS OCCURRED IN 08/1998<

  BO7519092
  FST USA BANK           # 4417128059001931   REVOLVING ACCOUNT
  >INCLUDED IN BANKRUPTCY<                      CREDIT CARD
   VERIF'D  11/1998   BALANCE:        $0       AUTHORIZED ACCOUNT
   OPENED   10/1995
   CLOSED   05/1998
   STATUS AS OF 05/1998: UNRATED

  BC7991187
  HH BANK                # 5432355800133642   REVOLVING ACCOUNT
  >INCLUDED IN BANKRUPTCY<                      CREDIT CARD
   VERIF'D  10/1998   BALANCE:        $0       JOINT ACCOUNT
   OPENED   11/1987   MOST OWED:     $8322
   PAID OFF 07/1998
   STATUS AS OF 07/1998: UNRATED

  BC152B013
  FCNB PRF CHG           # 307520858          REVOLVING ACCOUNT
   UPDATED  08/1998   BALANCE:        $0       INDIVIDUAL ACCOUNT
   OPENED   01/1989   MOST OWED:     $1810     CREDIT LIMIT:       $3100
   PAID OFF 06/1998
   STATUS AS OF 06/1998: PAID OR PAYING AS AGREED
   >IN PRIOR 45 MONTHS FROM DATE PAID 1 TIME 30 DAYS LATE<
```

*Same as #1*

REPORT ON: SAUCEDO, MARIA LUISA      PAGE   5 OF  10
SOCIAL SECURITY NUMBER: 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

ADVERSE ACCOUNTS, CONT.

```
BC235166J
HB FSB                    # 68009708106125    REVOLVING ACCOUNT
CLOSED
 UPDATED  08/1998   BALANCE:          $0    PARTICIPANT ON ACCOUNT
 OPENED   06/1994   MOST OWED:        $0    CREDIT LIMIT:          $0
 CLOSED   05/1998
>STATUS AS OF 05/1998: 60 DAYS PAST DUE<
 IN PRIOR 14 MONTHS
>  MAXIMUM DELINQUENCY OF 60 DAYS OCCURRED IN 05/1998<
```

```
BC235166J
HB FSB                    # 7763070027037063   REVOLVING ACCOUNT
                                               CHARGE ACCOUNT
 UPDATED  03/1997                              PARTICIPANT ON ACCOUNT
 OPENED   06/1994   MOST OWED:     $6135    CREDIT LIMIT:          $0
 STATUS AS OF 03/1997: PAID OR PAYING AS AGREED
>IN PRIOR 30 MONTHS FROM DATE VERIF'D 1 TIME 30 DAYS LATE<
```

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
BC8069013
PROVIDIAN                 # 4465692100563422   REVOLVING ACCOUNT
                                               CREDIT CARD
 UPDATED  06/2001   BALANCE:      $4927    INDIVIDUAL ACCOUNT
 OPENED   06/1999   MOST OWED:    $4927    PAY TERMS: MINIMUM $123
                                           CREDIT LIMIT:      $5600
 STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
 IN PRIOR 25 MONTHS FROM DATE VERIF'D NEVER LATE
```

```
BC701N103
PROVIDIAN                 # 5542850900628266   REVOLVING ACCOUNT
                                               CREDIT CARD
 UPDATED  06/2001   BALANCE:      $1874    INDIVIDUAL ACCOUNT
 OPENED   06/2000   MOST OWED:    $2070    PAY TERMS: MINIMUM $56
                                           CREDIT LIMIT:      $3500
 STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
 IN PRIOR 13 MONTHS FROM DATE VERIF'D NEVER LATE
```

```
QZ3796674
FRD MOTOR CR              # NGN3215PW4      INSTALLMENT ACCOUNT
                                           AUTO LEASE
 UPDATED  05/2001   BALANCE:     $22735    JOINT ACCOUNT
 OPENED   07/1999   MOST OWED:   $32209    PAY TERMS: 24 MONTHLY $411
 STATUS AS OF 05/2001: PAID OR PAYING AS AGREED
 IN PRIOR 23 MONTHS FROM DATE VERIF'D NEVER LATE
```